Service I.D. No. 87848
THE STATE OF TEXAS

FILED
at 10:44 o'clock a.m.
JUN 1 6 2017
Rhonda Barchak
Clerk of District Court Brazoria Co., Texas
BY_____ DEPUTY

CAUSE NO. 92193-CV
23rd District Court
Audrey Williams
vs.
U.S. XPRESS, INC.

To:   U.S. XPRESS, INC.                                    Defendant
      By serving it's Registered Agent
      Corporation Services Company d/b/a CSC Lawyers
      211 E. 7th Street, Suite 620
      Austin, Texas  76701-3136

Notice:

You have been sued. You may employ an attorney. If you or your Attorney do not file a written answer with the Clerk who issued this Citation by **10:00 a.m.** on the Monday next following the expiration of 20 days after you were served this **Citation and Plaintiff's Original Petition and Request for Disclosure**, a Default Judgment may be taken against you. If filing Pro Se, said answer may be filed by mailing same to: Brazoria County District Clerk's office, 111 E. Locust, Suite 500, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address.

The case is presently pending before the **23rd District Court** of Brazoria County sitting in Angleton, Texas, 77515 and was filed on the **15th day of June, 2017.**

The name and address of the attorney filing this action (or party, if pro se') is Joseph K. Plumbar, Law Office of Joseph K. Plumbar, 1200 Rothwell Street, Houston, TX 77002.

---

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the **16th day of June, 2017**, at **11:00 a.m.** I mailed to U.S. XPRESS, INC. by certified mail a true copy of this Citation with a copy of the **Plaintiff's Original Petition and Request for Disclosure** attached hereto.

Issued under and given under my hand and seal of said Court, at Angleton, Texas, on the **16th day of June, 2017.**

RHONDA BARCHAK, DISTRICT CLERK
Brazoria County, Texas

By _Helen Hall_____ Deputy
   Helen Hall

Citation by R/A by Certified Mail

Certified Article Number
9414 7266 9904 2095 6492 37
SENDERS RECORD

ORIGINAL

EXHIBIT B

Service I.D. No. 87848

FILED
at 11:07 o'clock A. M.

JUN 2 3 2017

Rhonda Barchak
Clerk of District Court Brazoria Co., Texas
BY_____ DEPUTY

CAUSE No. 92193-CV
23rd District Court
Audrey Williams vs. U.S. XPRESS, INC.

**OFFICER'S RETURN BY MAIL**

I hereby certify that on the 21st day of June, 2017, the Defendant was served by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached thereto. Return receipt attached hereto.

OR

This citation was not executed for the following reason:

_____

_____

_____

RHONDA BARCHAK, DISTRICT CLERK

By _A. Bradford_____, Deputy

ATTACH
RETURN
RECEIPT
WITH
ADDRESSEE'S SIGNATURE

Citation by R/A by Certified Mail

le Number

4 7266 9904 2095 6492 37

ice Type **CERTIFIED MAIL®**

ricted Delivery? (Extra Fee)  ☐ Yes

le Addressed to:

Xpress Inc
oration Services Company
CSC Lawyers
7th Street Suite 620
n TX  76701-3136

m 3811, January 2005

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of D
JUN 2

C. Signature
X  _[signature] Chris Smith_

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

Reference Information

92193-CV          23rd District Court

Helen Hall

Domestic Return Receipt

ED STATES POSTAL SERVICE®

First-Class Mail
Postage & Fees P
USPS®
Permit No. G-1(

RINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

RHONDA BARCHAK
BRAZORIA COUNTY DISTRICT CLERK
111 E LOCUST STE 500
ANGLETON TX 77515-4642

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ×

**Tracking Number:** 9414726699042095649237

Delivered

**Updated Delivery Day:** Wednesday, June 21, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 21, 2017, 9:08 am** | **Delivered** | **AUSTIN, TX 78744** |

Your item was delivered at 9:08 am on June 21, 2017 in AUSTIN, TX 78744.

| | | |
|---|---|---|
| June 21, 2017, 8:33 am | Arrived at Unit | AUSTIN, TX 78744 |
| June 21, 2017, 12:08 am | Departed USPS Facility | AUSTIN, TX 78710 |
| June 20, 2017, 12:40 pm | Arrived at USPS Facility | AUSTIN, TX 78710 |

See More ∨

Received
6-22-17



# Notice of Service of Process

null / ALL
Transmittal Number: 16795128
Date Processed: 06/22/2017

| | |
|---|---|
| **Primary Contact:** | Lisa Pate<br>USXPRESS Enterprises<br>4080 Jenkins Road<br>Chattanooga, TN 37421 |
| **Electronic copy provided to:** | April Deberry<br>Susan Bailey-Mullinax |
| **Entity:** | U.S. Xpress, Inc.<br>Entity ID Number 3372665 |
| **Entity Served:** | U.S. Xpress, Inc. |
| **Title of Action:** | Audrey Williams vs. U.S. Xpress, Inc |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Brazoria County District Court, Texas |
| **Case/Reference No:** | 92193-CV |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 06/21/2017 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Joseph K. Plumbar<br>713-384-5507 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscglobal.com