IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AUDREY WILLIAMS | § § | |
| VS. | § § | Civil Action No.: 3:17-cv-217 |
| U.S. XPRESS, INC. | § § | |

### ORDER

The Court has reviewed the Parties' Joint Motion to Dismiss with Prejudice. Having done so, the Court finds that the motion should be GRANTED. It is therefore

ORDERED, ADJUDGED, AND DECREED that this matter is hereby dismissed with prejudice and each party is to bear his, her, its, or their own costs.

Signed on __November 6__, 2017.

_____
UNITED STATES DISTRICT JUDGE